JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO GOMEZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KOHL'S, INC. DBA KOHL'S; JASON DOE, AN INDIVIDUAL; AND DOES 1-50 INCLUSIVE,<br><br>　　　　Defendants. | CASE NO. 2:24-cv-07185 JLS-AGR<br><br>**ORDER GRANTING STIPULATION VACATING ALL DATES AND DEADLINES (Doc. 31)** |

1  This matter comes before the Court upon the Joint Notice of Settlement and
2  Stipulation Vacating All Dates and Deadlines (Doc. 31) of Plaintiff, EDUARDO
3  GOMEZ ("Plaintiff") and Defendant KOHL'S, INC. ("Defendant").
4  The Court, having considered the Parties' Stipulation, and finding good
5  cause, GRANTS the Stipulation and ORDERS as follows:
6  1.  The Parties shall file a stipulated dismissal of the action no later than
7  **January 16, 2025**.
8  2.  The Court vacates all dates and deadlines governing this matter.

DATED: November 19, 2025

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

2